UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State Farm Fire and Casualty Company,
*as subrogee of Jodie Crooks*

     Plaintiff.     Civil 09-1756 (PAM/FLN)

v.

             **ORDER OF DISMISSAL**

Venmar Ventilation, Inc., et al

     Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: February __11__ , 2010

               s/Paul A. Magnuson
               Paul A. Magnuson, Judge
               United States District Court